IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANDY BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 535 |
| | ) | |
| v. | ) | |
| | ) | Judge John W. Darrah |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

**CITY OF CHICAGO'S UNOPPOSED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("City"), by Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully requests that this Honorable Court grant an extension of time up to and including March 26, 2008 in which to answer or otherwise plead to Plaintiff's Complaint at Law. In support of this unopposed motion, the City states as follows:

1. On January 24, 2008, Plaintiff filed a Complaint in this action containing claims brought pursuant to 42 U.C.S. § 1983 alleging violations of Plaintiff's constitutional rights. The City was served on February 15, 2008.

2. On March 4, 2008, undersigned counsel for the City, Ashley C. Kosztya, was assigned to this matter. That next day she filed her appearance.

3. Upon review, undersigned counsel became aware that the City's answer or other pleading to the Plaintiff's Complaint was to be due on March 6, 2008 – one day after she filed her appearance.

4. As undersigned defense counsel has only recently been assigned to defend this

case, she now requests additional time to answer as she must examine the file, confer with her client and draft an answer to Plaintiff's Complaint.

5.      This motion is Defendant's first request for an extension of time to answer or otherwise plead.  Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

6.      Undersigned counsel has conferred with Plaintiff's counsel, Louis J. Meyer, who does not oppose an extension to March 26th.

**WHEREFORE**, Defendant City of Chicago, respectfully requests that it be given until March 26, 2008 to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

MARA S. GEORGES
CORPORATION COUNSEL

BY:   /s/ Ashley C. Kosztya
ASHLEY C. KOSZTYA
Assistant Corporation Counsel
Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-9332