# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 535 | **DATE** | March 7, 2008 |
| **CASE TITLE** | Burns v. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

Defendant's Motion to Extend Time to Answer or Otherwise Plead [12, [13] is granted. Responsive pleading is to be filed on or before March 26, 2008.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|