UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANDY BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | No. No. 08 C 535 |
| | ) | |
| vs. | ) | Judge Darrah |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Ashman |
| Chicago Police Officers ADAM WAZNY, | ) | |
| Star 11019, WOJCIECH LACZ, Star 15609, | ) | |
| KEVIN MANGERICH, Star 6555, and | ) | |
| JOSEPH ROMAN, Star 10493, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO**:  Lawrence V. Jackowiak, Daniel P. Kiss
Louis Joseph Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on April 9, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** a copy of which is served upon you.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel, City of Chicago

BY:   /s/ Marcela D. Sánchez

30 N. LaSalle Street, Suite 1020          MARCELA D. SÁNCHEZ
Chicago, IL 60602                              Assistant Corporation Counsel

## CERTIFICATE OF SERVICE

      Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Filing** and **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** to be served electronically upon all represented parties via the CM/ECF system this 9th day of April, 2008.

**/s/ Marcela D. Sánchez**