**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 535 |
| Randy Burns, Plaintiff | Judge Darrah |
| v. | |
| City of Chicago, et al., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Defendant.

| | |
|---|---|
| NAME (Type or print) | |
| | Matthew R. Hader |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| | s/ Matthew R. Hader |
| FIRM | |
| | City of Chicago, Corporation Counsel's Office |
| STREET ADDRESS | |
| | 30 North LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP | |
| | Chicago, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06284330 | 312.742.9586 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐     NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |