## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 08 C 535 |
|---|---|---|

Randy Burns, Plaintiff                     Judge Darrah

       v.

City of Chicago, et al.,
   Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Adam Wazny, Kevin Mangerich, Lacz Wojciech, and Joseph Roman, Defendants.

| | |
|---|---|
| **NAME** (Type or print)<br>Matthew R. Hader | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Matthew R. Hader | |
| **FIRM**<br>City of Chicago, Corporation Counsel's Office | |
| **STREET ADDRESS**<br>30 North LaSalle Street, Suite 1400 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06284330 | **TELEPHONE NUMBER**<br>312.742.9586 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES [X]     NO [ ] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES [ ]     NO [X] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES [ ]     NO [X] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES [X]     NO [ ] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ] | |