UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Randy Burns
                        Plaintiff,

v.                                        Case No.: 1:08−cv−00535
                                                      Honorable John W. Darrah

City of Chicago, et al.
                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: June 3, 2008

                                                                       /s/ John W. Darrah
                                                                   United States District Judge