UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDY BURNS, ) | |
| ) | |
| Plaintiff, ) | No. No. 08 C 535 |
| ) | |
| vs. ) | Judge Darrah |
| ) | |
| CITY OF CHICAGO, ) | Magistrate Judge Ashman |
| Chicago Police Officers ADAM WAZNY, ) | |
| Star 11019, WOJCIECH LACZ, Star 15609, ) | |
| KEVIN MANGERICH, Star 6555, and ) | |
| JOSEPH ROMAN, Star 10493, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   Lawrence V. Jackowiak
      Law Offices of Lawrence V. Jackowiak
      20 North Clark Street, Suite 1700
      Chicago, IL 60602
      (312) 795-9595

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 17th day of June, 2008.

Respectfully Submitted,

  s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
312.742.9586
mhader@cityofchicago.org
Atty. No. 06284330