

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 0 2 2008

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| RANDY BURNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 535 |
| ) | |
| CITY OF CHICAGO, Chicago Police Officers ) | |
| ADAM WAZNY, Star 11019, WOJCIECH ) | |
| LACZ, Star 15609, KEVIN MANGERICH, ) | Magistrate Judge Ashman |
| Star 6555, and JOSEPH ROMAN, Star 10493, ) | |
| ) | |
| ) | Jury Demand |
| Defendants. ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Louis J. Meyer
Attorney for plaintiff,
Randy Burns,
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6290221

DATE: 8-20-08

Respectfully submitted,

_____
Anne K. Preston
Assistant Corporation Counsel
Attorney for defendants,
Adam Wazny, Wojciech Lacz,
Kevin Mangerich, Joseph Roman, and
City of Chicago,
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Attorney No. 06287125

DATE: 8/25/08

08 C 535