

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 535 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Randy Burns vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal. All of the claims of plaintiff against defendants are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the release and settlement agreement. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 SEP -3 PM 3:32
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|