IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDY BURNS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 08 C 535 ) |
| CITY OF CHICAGO, Chicago Police Officers ADAM WAZNY, Star 11019, WOJCIECH LACZ, Star 15609, KEVIN MANGERICH, Star 6555, and JOSEPH ROMAN, Star 10493, | ) ) ) Magistrate Judge Ashman ) ) |
| Defendants. | ) |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Randy Burns, by one of his attorneys, Lawrence V. Jackowiak, and defendants, Adam Wazny, Wojciech Lacz, Kevin Mangerich and Joseph Roman, by one of their attorneys, Anne K. Preston, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Randy Burns, against defendants, City of Chicago, Adam Wazny, Wojciech Lacz, Kevin Mangerich and Joseph Roman, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: *[signature]*
The Honorable Martin C. Ashman
United States Magistrate Judge

DATED: SEP 03 2008

Anne K. Preston
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Attorney No. 06287125